WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '09 JUL 13 10:08 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MATTHEW MILLER,**                                                    CV # 08-518-HO

    Plaintiff,

vs.                                                                                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $4,680.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be payable directly to Plaintiff's counsel and sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. The court awards no costs or expenses.

DATED this 13th day of July, 2009.

_____
United States District Judge

Submitted on July 4, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1